IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PAULA BATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 6:19-cv-01803-LSC-HNJ |
| ) | |
| COMMISSIONER, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF OPINION**

On December 29, 2020, the magistrate judge to whom this case was previously assigned filed his report and recommendation, recommending that the Commissioner of Social Security's decision be affirmed. (Doc. 14.) To date, no objections have been filed by either party. This action was then reassigned to the undersigned pursuant to the Court's General Order of Referral of Civil Matters to Magistrate Judges. (Doc. 17.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is

ACCEPTED. Accordingly, the decision of the Commissioner is due to be affirmed.

A separate closing order will be entered.

**DONE** and **ORDERED** on January 15, 2021.

                                                                  _____
                                                                          L. Scott Coogler
                                                                  United States District Judge

160704